UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ADNAN QAYYUM, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-306-SKL |
| | ) | |
| PHARMAPHD, INC., *et al.*, | ) | |
| | ) | |
| Defendants/Counter-Claimants. | ) | |

******************************************************************************

| | | |
|---|---|---|
| MURTAZA AMIR | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-307-SKL |
| | ) | |
| PHARMAPHD, INC., *et al.*, | ) | |
| | ) | |
| Defendants/Counter-Claimants. | ) | |

## JUDGMENT ORDER

Pursuant to the accompanying Memorandum and Order, the Court hereby **ENTERS JUDGMENT** against Defendants PharmaPhD, Inc., Nuovopharma, Inc., and David Bilyeu, and in favor of Plaintiffs Adnan Qayyum and Murtaza Amir, in the total amount of $515,000, plus prejudgment interest at a rate of 10% per annum, and postjudgment interest at the rate set by 28 U.S.C. § 1961.

The Clerk is **DIRECTED** to **CLOSE** the case.

SO ORDERED.

                                            s/ *Susan K. Lee*
                                            SUSAN K. LEE
                                            UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
    CLERK OF COURT